AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barnes, Timothy A. | 2. Court or Organization<br><br>US Bankruptcy Court, Northern District of Illinois | 3. Date of Report<br><br>05/9/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn St.<br>Chicago, IL 60604 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| 2. | Member | GWBG LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011-2013 | CMP Retirement Plan (retirement plan with former law firm -- no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 05/9/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bankruptcy Institute | 3/10/2013-3/12/2013 | New York, NY | Duberstein moot court competition (judging) and associated activities | Travel, lodging and food |
| 3. | Tulane University | 3/13/2013-3/16/2013 | New Orleans, LA | Admiralty Institute (conference) | Travel, lodging and food |
| 4. | Federal Judicial Center | 4/14/2013-4/18/2013 | New Orleans, LA | Educational seminar | Travel, lodging and food |
| 5. | INSOL International | 5/19/2013-5/25/2013 | The Hague, The Netherlands | United Nations / World Bank / INSOL conference | Travel, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barnes, Timothy A.** | 05/9/2014 |

| 6. | Association of Insolvency and Restructuring Advisors | 6/5/2013-6/6/2013 | Chicago, IL | Annual conference | Travel, lodging and food |
|---|---|---|---|---|---|
| 7. | New York Institute of Credit | 10/9/2013-10/9/2013 | New York, NY | Award reception | Travel and lodging |
| 8. | National Conference of Bankruptcy Judges | 10/30/2013-11/3/2013 | Atlanta, Georgia | Annual conference | Travel, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 05/9/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase Co. | Mortgage on Chicago rental property | N |
| 2. | JP Morgan Chase Co. | 2nd mortgage on Chicago rental property | L |
| 3. | American Express | Credit card | K |
| 4. | Citibank | Credit card | J |
| 5. | Wells Fargo | Credit card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property, Chicago IL | E | Rent | N | W | | | | | |
| 2. IBM Common Stock | | None | | | Sold | 02/06/13 | J | A | N/A |
| 3. PhilanTech LLC | | None | J | U | | | | | |
| 4. GWBG LLC | | None | J | T | | | | | |
| 5. E*trade account (cash only) | | None | | | Closed | 10/04/13 | J | A | N/A |
| 6. TIAA-Cref Lifecycle 2040 | A | Int./Div. | J | T | | | | | |
| 7. Vanguard Life Strategy Growth | A | Int./Div. | K | T | | | | | |
| 8. Nationwide Variable Universal Life Ins. #1 | A | Int./Div. | | | Sold | 02/14/13 | J | A | N/A |
| 9. -- NW NVIT MidCap Index | | | | | | | | | |
| 10. -- Dreyfus Stock Index | | | | | | | | | |
| 11. -- Dreyfus Small Capital Stock Index. | | | | | | | | | |
| 12. -- Franklin Templeton Foreign Securities 1 | | | | | | | | | |
| 13. -- Franklin Templeton Foreign Securities 3 | | | | | | | | | |
| 14. Nationwide Variable Universal Life Ins. #2 | A | Int./Div. | | | Sold | 02/14/13 | J | A | N/A |
| 15. -- NW NVIT MidCap Index | | | | | | | | | |
| 16. -- Dreyfus Stock Index Initial | | | | | | | | | |
| 17. -- Dreyfus Investment Small Cap Stock Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Franklin Templeton VIP Small Cap Value | | | | | | | | | |
| 19. JP Morgan Chase Co. IRA #1 | C | Int./Div. | M | T | Sold (part) | 03/11/13 | L | A | |
| 20. | | | | | Sold (part) | 07/01/13 | L | A | |
| 21. -- JPM Investor Growth & Income FD | | | | | | | | | |
| 22. -- JPM Tax Free Resv Sweep | | | | | | | | | |
| 23. JP Morgan Chase Co. IRA #2 | A | Int./Div. | J | T | | | | | |
| 24. -- JPM Investor Growth & Income FD | | | | | | | | | |
| 25. -- JPM Tax Free Resv Sweep | | | | | | | | | |
| 26. JP Morgan Chase Co. Roth IRA | A | Int./Div. | J | T | Sold (part) | 03/07/13 | J | A | N/A |
| 27. -- JPM Investor Growth & Income FD - SEL | | | | | | | | | |
| 28. -- JPM Tax Free Resv Sweep FD | | | | | | | | | |
| 29. CMP HR-10 Retirement Plan (Sentinel Benefits) | D | Int./Div. | M | T | | | | | |
| 30. -- Artisan International | | | | | | | | | |
| 31. -- American Beacon Lg Cap Value | | | | | | | | | |
| 32. -- T. Rowe Price Equity Inc. | | | | | | | | | |
| 33. -- Fidelity Retirement Money Market | | | | | | | | | |
| 34. -- Prudential Jennison Natural Resources Z | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Morley Stable Value | | | | | | | | | |
| 36. -- Fidelity Worldwide | | | | | | | | | |
| 37. CMP 401k (Sentinel Benefits) | B | Int./Div. | K | T | | | | | |
| 38. -- Artisan International | | | | | | | | | |
| 39. -- Fidelity Blue Chip | | | | | | | | | |
| 40. -- T. Rowe Price Equity Income | | | | | | | | | |
| 41. -- Fidelity Retirement Money Market | | | | | | | | | |
| 42. -- Prudential Jennison Natural Resources Z | | | | | | | | | |
| 43. -- Morley Stable Value | | | | | | | | | |
| 44. BlackRock College Advantage 529 Plan (OH) #1 | | None | J | T | | | | | |
| 45. -- Blackrock Equity Dividend Fund | | | | | | | | | |
| 46. -- BlackRock Base Value Fund, Inc. | | | | | | | | | |
| 47. -- BlackRock Large Cap Growth Fund | | | | | | | | | |
| 48. -- BlackRock Capital Appreciation Fund, Inc. | | | | | | | | | |
| 49. -- BlackRock U.S. Opportunities Portfolio | | | | | | | | | |
| 50. -- BlackRock Valye Cap Growth Equity Portfolio | | | | | | | | | |
| 51. -- BlackRock International Opportunities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- BlackRock Global Allocation Fund, Inc. | | | | | | | | | |
| 53. -- BlackRock Total Return Fund | | | | | | | | | |
| 54. -- BlackRock Bond Portfolio | | | | | | | | | |
| 55. -- BlackRock Long Duration Bond Portfolio | | | | | | | | | |
| 56. -- BlackRock Low Duration Bond Portfolio | | | | | | | | | |
| 57. -- BlackRock Money Market Portfolio | | | | | | | | | |
| 58. BlackRock College Advantage 529 Plan (OH) #2 | None | | J | T | | | | | |
| 59. -- BlackRock Equity Divident Fund | | | | | | | | | |
| 60. -- BlackRock Base Value Fund, Inc. | | | | | | | | | |
| 61. -- BlackRock Large Cap Growth Fund | | | | | | | | | |
| 62. -- BlackRock Capital Appreciation Fund, Inc. | | | | | | | | | |
| 63. -- BlackRock U.S. Opportunities Portfolio | | | | | | | | | |
| 64. -- BlackRock Value Cap Growth Equity Portfolio | | | | | | | | | |
| 65. -- BlackRock International Opportunities Fund | | | | | | | | | |
| 66. -- BlackRock Global Allocation Fund | | | | | | | | | |
| 67. -- BlackRock Total Return Fund | | | | | | | | | |
| 68. -- BlackRock Bond Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 05/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- BlackRock Long Duration Bond Portfolio | | | | | | | | | |
| 70.  -- BlackRock Low Duration Bond Portfolio | | | | | | | | | |
| 71.  -- BlackRock Money Market Portfolio | | | | | | | | | |
| 72.  JP Morgan checking account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barnes, Timothy A. | 05/9/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barnes, Timothy A. | 05/9/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy A. Barnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544